# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # __6__

------------------------------------------------

U.S.C.A. # _____

Johnson

-v-

Santiago

U.S.D.C. # 08-CV-2097

JUDGE: __KMW__

DATE: __MAR. 26, 2008__

------------------------------------------------

## INDEX TO THE RECORD ON APPEAL

*(U.S. District Court stamp: MAR 26 2008)*

**PREPARED BY (NAME):** THOMAS R. PISARCZYK
**FIRM:** U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
**ADDRESS:** 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
**PHONE NO.:** (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------

| DOCUMENT DESCRIPTION | DOC. # |
|---|---|
| CLERK'S CERTIFICATE | |
| SEE ATTACHED LIST OF NUMBERED DOCUMENTS | |

(X) Original Record          (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 26th Day of March, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

----------------------------------------

*Johnson*

-v-

*Santiago*

----------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-2097

JUDGE: KMW

DATE: 3-26-2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _____ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                    Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 26th Day of March In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
       Deputy Clerk

APPEAL, CLOSED, PRO-SE

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-02097-KMW
#### Internal Use Only

Johnson v. Santiago et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 03/03/2008
Date Terminated: 03/03/2008
Jury Demand: Plaintiff
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 03/03/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Melvin Johnson.(jeh) (Entered: 03/14/2008) |
| 03/03/2008 | 2 | COMPLAINT against Robert Santiago, Wendell Strafford, Assistant District Attorney New York County, John Doe, Steve Feldman, City of New York, New York City Police Department. Document filed by Melvin Johnson.(jeh) (Entered: 03/14/2008) |
| 03/03/2008 | | Magistrate Judge Theodore H. Katz is so designated. (jeh) (Entered: 03/14/2008) |
| 03/03/2008 | 3 | ORDER OF DISMISSAL; Plaintiff's request to proceed in forma pauperis is granted, but accordingly, for reasons set forth in this order, the complaint is dismissed without prejudice. 28 U.S.C. 1915(e)(2)(B) (ii). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 03/03/2008) (jeh) (Entered: 03/14/2008) |
| 03/03/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed without prejudice. 28 U.S.C. 1915(e)(2)(B) (ii). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 3/3/2008) (jeh) (Entered: 03/14/2008) |
| 03/19/2008 | 5 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint), 3 Order Dismissing Complaint (I.F.P.). Document filed by Melvin Johnson. (tp) (Entered: 03/24/2008) |
| 03/19/2008 | | Appeal Remark as to 5 Notice of Appeal filed by Melvin Johnson. $455.00 APPEAL FEE DUE. IFP REVOKED 3/3/08. (tp) (Entered: 03/24/2008) |
| 03/24/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 03/24/2008) |
| 03/24/2008 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 03/24/2008) |